**FILED**

**June 05, 2015**

**KAREN MITCHELL**
**CLERK, U.S. DISTRICT COURT**

United States District Court for
the Northern District of Texas

_Wichita Falls_ Division

United States of America,
*Plaintiff,*

_EL RENO_
Place of Confinement

v.

_46256-177_
Prisoner ID Number

_Chance Terrell Dotson,_
*Defendant.*

_7:12-CR-0005-O-KA-32_
Criminal Case Number

**Defendant's Motion and Questionnaire for Reduction of Sentence**
**Pursuant to 18 U.S.C. § 3582(c)**

---

**Instructions - Read Carefully**

1. This form motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office, whose address is:

| | | |
|---|---|---|
| Abilene Division | Amarillo Division | Dallas Division |
| P.O. Box 1218 | 205 E. 5th | 1100 Commerce, Rm 14A20 |
| Abilene, TX 79604 | Amarillo, TX 79101 | Dallas, TX 75242 |
| | | |
| Fort Worth Division | Lubbock Division | San Angelo Division |
| 501 W. 10th Street | 1205 Texas Ave., #C209 | 33 East Twohig |
| Fort Worth, TX 76102 | Lubbock, TX 79401 | San Angelo, TX 76903 |

Wichita Falls Division
P.O. Box 1234
Wichita Falls, TX 76307

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

### Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   U.S. District Court Northern District of Texas, Wichita Falls

2. Date(s) of sentence and judgment of conviction:

   12/16/2013, 235 months, 4 years Supervision

3. Are you currently in prison for this sentence?

   __✓__ Yes    _____ No

4. If so, when is your projected date of release?

   4-26-2031

5. Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time you would spend in custody. An example of one of these programs is completion of the Residential Drug Abuse Program. Are you participating in one of these programs and, if so, when will you complete the program?

   I am currently on the waiting list.

6. Are you currently on supervised release?    _____ Yes    __✓__ No

7. Are you currently in prison because you violated your supervised release?

   _____ Yes    __✓__ No

8. Is your case currently on appeal? _____ Yes    __✓__ No

9. Offense(s) for which you were convicted (all counts):

   21 USC 846 - Conspiracy to Distribute A Schedule II Controlled Substance

10. Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

    __✓__Yes  _____No  _____Don't know

11. In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

    __✓__Yes  _____No  _____Don't know

12. Was your sentence based on an agreement with the Government for a specific sentence?

    _____Yes  __✓__No  _____Don't know

13. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    Building Maintenance VT, Early Bird Wellness, Criminal Thinking, Wellness I, Leather Crafts, Stress Management, Anger Management, Money Management.
    I am also on the waiting list for Parenting, RDAP, DAP, VT Electric, VT Welding, VT Plumbing and more. I have never had a shot and plan to take advantage of any and all programs available.

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this \_\_June 1_____, 2015.

_____
Signature of Defendant

\_\_Chance Dotson_____
Printed Name

\_\_46256-177_____
BOP No.

\_\_El Reno_____
Federal Correctional Institution (if applicable)

\_\_P.O. Box 1500_____
Address

\_\_El Reno, OK 73036_____
City, State & Zip Code

```
EREHJ              *        INMATE EDUCATION DATA          *     03-17-2015
PAGE 001 OF 001 *              TRANSCRIPT                  *     12:58:30

REGISTER NO: 46256-177    NAME..: DOTSON              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: ERE-EL RENO FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
ERE  ESL HAS    ENGLISH PROFICIENT          04-25-2014 1348 CURRENT
ERE  GED HAS    COMPLETED GED OR HS DIPLOMA 04-25-2014 1349 CURRENT

--------------------------- EDUCATION COURSES -------------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
ERE        BUILDING MAINTENANCE VT     09-12-2014  12-17-2014  P   C  C  250
ERE        EARLY BIRD WELLNESS         10-06-2014  11-28-2014  P   C  P    6
ERE        CRIMINAL THINKING SELF STUDY 09-19-2014 09-19-2014  P   C  P   10
ERE        R1 WELLNESS 1               07-07-2014  08-29-2014  P   C  P    6
ERE        BEG LEATHER CRAFT-1230-300  07-07-2014  08-29-2014  P   C  P    6
ERE        R1-STRESS MANAGEMENT PSYCH  08-06-2014  08-06-2014  P   C  P    4
ERE        R6-ANGER MANAGEMENT PSY     07-08-2014  07-08-2014  P   C  P    6
ERE        A&O FAMILIARIZATION - MAIN  05-29-2014  05-29-2014  P   C  P    7




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
EREGG    540*23   *        SENTENCE MONITORING        *     05-30-2014
PAGE 001          *         COMPUTATION DATA          *     07:25:41
                            AS OF 05-30-2014
```

REGNO..: 46256-177 NAME: DOTSON, CHANCE TERRELL


FBI NO............: 300729EB2           DATE OF BIRTH: 07-10-1978   AGE:  35
ARS1..............: ERE/A-DES
UNIT..............: UNT C               QUARTERS.....: C02-127U
DETAINERS.........: NO                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 10-26-2030

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-26-2031 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: TEXAS, NORTHERN DISTRICT
DOCKET NUMBER....................: 7:12-CR-005-O(32)
JUDGE............................: O'CONNOR
DATE SENTENCED/PROBATION IMPOSED: 12-16-2013
DATE COMMITTED...................: 04-21-2014
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 CONSPIRACT TO DISTRIBUTE A SCHEDULE II CONTROLLED
         SUBSTANCE

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    235 MONTHS
  TERM OF SUPERVISION............:      4 YEARS
  DATE OF OFFENSE................: 10-02-2012




G0002         MORE PAGES TO FOLLOW . . .

```
 EREGG   540*23 *           SENTENCE MONITORING         *      05-30-2014
PAGE 002 OF 002 *            COMPUTATION DATA           *      07:25:41
                             AS OF 05-30-2014

REGNO..: 46256-177 NAME: DOTSON, CHANCE TERRELL


--------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-27-2014 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-29-2014 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-03-2014
TOTAL TERM IN EFFECT............:    235 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     19 YEARS        7 MONTHS
EARLIEST DATE OF OFFENSE........: 10-02-2012

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 921
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 04-26-2031
EXPIRATION FULL TERM DATE.......: 11-02-2033
TIME SERVED.....................:      1 MONTHS      28 DAYS
PERCENTAGE OF FULL TERM SERVED..:    0.8

PROJECTED SATISFACTION DATE.....: 04-26-2031
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

```
EREHJ    606.00  *       MALE CUSTODY CLASSIFICATION FORM      *    12-11-2014
PAGE 001 OF 001                                                      15:00:00
                           (A) IDENTIFYING DATA
   REG NO..: 46256-177            FORM DATE: 12-03-2014      ORG: DSC
   NAME....: DOTSON, CHANCE TERRELL
                                   MGTV: PGM PAR
   PUB SFTY: SENT LGTH             MVED: 12-03-2015
                           (B) BASE SCORING
DETAINER: (0) NONE              SEVERITY.......: (3) MODERATE
MOS REL.: 196                   CRIM HIST SCORE: (10) 18 POINTS
ESCAPES.: (0) NONE              VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A               AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (1) <5 YEARS
                           (C) CUSTODY SCORING
TIME SERVED....: (3) 0-25%      PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS..: (2) GOOD       TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD

                       --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST  VARIANCE  SEC TOTAL  SCORED LEV  MGMT SEC LEVEL  CUSTODY  CONSIDER
 +16 +18     -1        +15        LOW          N/A            IN     DECREASE

G0005
         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

*Which means I have low custody points and will be transfered from this Medium to a low this year.*

Case 7:12-cr-00005-O   Document 1422   Filed 06/05/15   Page 9 of 16   PageID 6024



# CANADIAN VALLEY TECHNOLOGY CENTER

This is to Certify that

CHANCE DOTSON

Has satisfactorily completed  250  hours of training

in  BUILDING MAINTENANCE  from

Canadian Valley Technology Center.

Awarded this  16th  day of  March  2015.

Instructor

Administrator

# Certificate of Achievement

is awarded to

## Chance Dotson

for the successful completion of the

Federal Bureau of Prisons

**12 HOUR DRUG EDUCATION CLASS**

FEDERAL CORRECTIONAL INSTITUTION – EL RENO, OKLAHOMA

July 23, 2014

_____
V. Estes, M.Ed.
Drug Treatment Specialist

_____
L. Armstrong, Psy.D.,
Drug Abuse Program Coordinator

# Certificate of Achievement

This certificate is awarded to

## Chance Dotson

for the successful completion of
"Anger Management"
at FCI, El Reno on July 8, 2014

_____
R. Danaher, Psy.D., Clinical Psychologist

Unit C
46256-177

# Certificate of Achievement

This certificate is awarded to

## Chance Dotson

for the successful completion of
"Stress Management"
at FCI, El Reno on August 6, 2014

_____
A. Mayberry-Hollis, Psy.D., Chief Psychologist

Unit e
46256-177

# Certificate of Completion

## Chance Dotson

has successfully completed the requirements for the

## Thinking Errors Self Study

(10 Hours)

On September 19, 2014

A. Mayberry-Hollis, Psy.D.
Chief Psychologist
FCI El Reno

# CERTIFICATE

In Honor of Your Outstanding Performance
And Dedication We Hereby Present

Chance Dotson

With This Certificate of achievement In:

LEATHER I

On this 28th day of August 2014

S. DeVaughan, Rec. Spec

# CERTIFICATE

## IN HONOR OF YOUR OUTSTANDING PERFORMANCE AND DEDICATION WE HEREBY PRESENT

### CHANCE DOTSON

WITH THIS CERTIFICATE OF ACHIEVEMENT IN

### EARLY BIRD WELLNESS

ON THIS 28TH DAY OF NOVEMBER 2014

_____
A. WEDMAN, REC. SPEC

Chance Dotson
USMS # 46256-177
EL RENO FCI
Federal Correctional Institution
P.O. Box 1500
EL Reno, OK. 73036

✆46256-177✆
United States District Court
Wichita Falls Division
PO BOX 1234
District Court
Wichita Falls, TX 76307
United States

RECEIVED
JUN - 5 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS